IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GUADALUPE AVINA, | Case No. 2:15-cv-00012-MO |
| Plaintiff, | ORDER TO DISMISS |
| v. | |
| BERT'S AUTO SALVAGE, et al., | |
| Defendants. | |

MOSMAN, District Judge.

Plaintiff moves to voluntarily dismiss this civil action. Plaintiff's Motion to Dismiss (#9) is granted, and this action is dismissed without prejudice.

///

///

///

///

///

1 - ORDER TO DISMISS

Plaintiff also asks the court to recall its previous Order (#8) calling for the collection of the $350.00 filing fee. Plaintiff's request is denied on the basis that the collection of the filing fee is required by the Prison Litigation Reform Act. 28 U.S.C. § 1915(b)(1).

IT IS SO ORDERED.

DATED this 12 day of March, 2015.

Michael W. Mosman
United States District Judge